DAUKSCH, Judge.
This is an appeal from a summary judgment in a products liability case. The question is whether the statute of limitations (repose) bars recovery. § 95.031(2), Fla.Stat. (1985). The answer must be that it does. Pullum v. Cincinnati, Inc., 476 So.2d 657 (Fla.), reh’g den., 482 So.2d 1352 (Fla.1985); American Lib. Ins. Co. v. West and Conyers, Architects & Engineers, 491 So.2d 573 (Fla. 2d DCA 1986); Small v. Niagara Machine & Tool Works, 502 So.2d 943 (Fla. 2d DCA 1987); Pait v. Ford Motor Company, 500 So.2d 743 (Fla. 5th DCA 1987).
AFFIRMED.
UPCHURCH, C.J., and COWART, J., concur.